UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>JRJ REALTY, INC.,<br>a New Jersey Corporation,<br><br>   Defendant. | )<br>)<br>) CASE NO.: 1:19-cv-00719-JMS-TAB<br>)<br>)<br>)<br>)<br>)<br>) Dismissal [10] with prejudice<br>) acknowledged.  JMS, CJ, 5-14-19<br>) Distribution via ECF<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

 Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and having reached a resolution, hereby dismisses this action in its entirety with prejudice.

      Respectfully Submitted,

      By: */s/ Louis Mussman*
       Louis I. Mussman, Esq.
       Bar No. 597155
       Ku & Mussman, P.A.
       18501 Pines Blvd, Suite 209-A
       Pembroke Pines, FL 33029
       Tel: (305) 891-1322
       Fax: (305) 891-4512
       Louis@KuMussman.com

      and

      Eric C. Bohnet, Esq.
      Attorney No. 24761-84
      Attorney at Law
      6617 Southern Cross Drive
      Indianapolis, Indiana  46237
      Tel: (317) 750-8503
      ebohnet@gmail.com